RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Carlos Pearson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>CARLOS PEARSON,<br><br>            Defendant. | Case No. 2:20-cr-00057-GMN-VCF<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jennifer Oxley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Carlos Pearson, that the Change of Plea Hearing currently scheduled on July 8, 2020, be vacated and continued to a date and time convenient to the Court, but no later than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     On the morning of July 2, 2020, defense counsel was notified by the United States Marshal Service that Mr. Pearson was airlifted to a hospital.  Later that day, defense counsel was informed that Mr. Pearson was released from the hospital and returned to the Nevada Southern Detention Center.  Defense counsel has requested Mr. Pearson's medical

records and scheduled a phone call with him to determine the extent of his injuries and whether he is able to move forward with a change of plea hearing.  Defense counsel has not yet received Mr. Pearson's medical records or spoken to him.  As a result, counsel seeks a continuance to allow her time to speak with Mr. Pearson before a change of plea hearing.

2. The parties agree to the continuance.

This is the first request for continuance filed herein.

DATED this 7th day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Nisha Brooks-Whittington*<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By */s/ Jennifer Oxley*<br>JENNIFER OXLEY<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS PEARSON,<br><br>　　　　Defendant. | Case No. 2:20-cr-00057-GMN-VCF<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Change of Plea Hearing currently scheduled on July 8, 2020 at the hour of 9:00 a.m., be vacated and continued to August 12, 2020, at the hour of 9:00 a.m.

　　DATED this __7__ day of July, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3